# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **JESUS CORPUS-VASQUEZ** | |

CASE NUMBER: 11-00186-001
USM NUMBER: 31173-080

**THE DEFENDANT:**                 Peter Madden
                                                                     **Defendant's Attorney**

(x) admitted guilt to violation of supervision condition(s):   Mandatory and Conditions #7 and 17
( ) was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Mandatory Condition | New Offense | 6/28/2008 |
| Condition #7 | Technical | |
| Condition #17 | Technical | |

      The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )     The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

      IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

|  |  |
|---|---|
|  | December 1, 2011 |
| **Defendant's Mailing Address:** | Date of Imposition of Judgment |
| Col. Buena Vista Sur-Calle Corpus #1403 | |
| Piedras Regras | |
| Coahwila, Mexico | |
|  | s/Kristi K. DuBose |
|  | UNITED STATES DISTRICT JUDGE |
|  | |
|  | December 2, 2011 |
|  | Date |

Defendant: **JESUS CORPUS-VASQUEZ**
Case Number: **11-00186-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of  **EIGHTEEN (18) MONTHS; said term to run concurrently to the custody sentence imposed this same date in CR 11-00183-001**.

( ) The court makes the following recommendations to the Bureau of Prisons:

(X) The defendant is remanded to the custody of the United States Marshal.

( ) The defendant shall surrender to the United States Marshal for this district:

  ( ) at ___ .m. on ___ .
  ( ) as notified by the United States Marshal.

( ) The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ( ) before 2 p.m. on _____ .
  ( ) as notified by the United States Marshal.
  ( ) as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to ___ at _____

with a certified copy of this judgment

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

Defendant: **JESUS CORPUS-VASQUEZ**
Case Number: **11-00186-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **NO SUPERVISED RELEASE TERM TO FOLLOW.**

Special Conditions: **If this defendant originally received probation please remember to include all criminal monetary penalties with this judgment.**

> *For offenses committed on or after September 13, 1994:* The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
> () The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)

() The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable)

() The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

() **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court (Probation Form 7A).**
**The defendant shall also comply with the additional conditions on the attached page (if applicable).**

> ### See Page 4 for the
> ### "STANDARD CONDITIONS OF SUPERVISION"